UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24538-CIV-SEITZ/TURNOFF

ROBERT BEZEAU, ET AL.,
    Plaintiffs,
v.

CABLE EQUIPMENT SERVICES, INC. ET AL.,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Report and Recommendation [DE-70] entered by Magistrate Judge Turnoff. On July 20, 2015, Magistrate Judge Turnoff conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties, including the resolution of costs and attorneys' fees, was a "fair and reasonable" outcome of the parties' bona fide dispute under *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir.1982). Therefore, upon review, it is hereby

ORDERED that

(1) Magistrate Judge Turnoff's Report and Recommendation [DE-70] is AFFIRMED and ADOPTED.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is DISMISSED WITH PREJUDICE.

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 11 day of August, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record